**LAW OFFICES OF ROBERT P. FRANKEL, P.A.**
Royal Palm I at Southpointe
1000 South Pine Island Road, Suite 410
Plantation, Florida 33324
**(305) 358-5690**
**(305) 907-5901 FAX**

Robert P. Frankel
robert@frankelpa.com

April 10, 2023

*VIA EMAIL AND CERTIFIED MAIL*
Dhaanwatie Bhagwandin - pavonfs@gmail.com
6234 Buena Vista Dr.
Margate, FL 33063

      Re: *Our Client: City National Bank of Florida ("CNB")*
         *Hire date: July 9, 2018*
         *Termination date: March 29, 2022*
         *Recognition Bonus - $11,900.00 (March 4, 2021)*
         *Amount Owed to CNB: $11,900.00*
         *Our File No.: 5663*

Dear Mr. Bhagwandin:

  I represent your former employer, CNB. As you are aware, you received a retention/recognition bonus payment in the amount of $11,900.00 on March 4, 2021. You left the employment of CNB before the bonus amount vested. Therefore, you owe CNB the total sum of $11,900.00.

  Please arrange to pay CNB the $11,900.00 that you owe within seven (7) days of the date of this letter. If you fail to pay the amount owed to CNB, I have been instructed to take appropriate legal steps with respect to the unpaid bonus amount. CNB does not waive any of its legal rights and remedies.

  Should you care to discuss the matter, please feel free to contact me.

         Sincerely yours,

         **Law Offices of Robert P. Frankel, P.A.**

         By  ***/s/ Robert P. Frankel***
           ROBERT P. FRANKEL

RPF:alt