# LAW OFFICES OF ROBERT P. FRANKEL, P.A.
**Royal Palm I at Southpointe**
**1000 South Pine Island Road, Suite 410**
**Plantation, Florida 33324**
**(305) 358-5690**
**(305) 907-5901 FAX**

Robert P. Frankel
robert@frankelpa.com

June 14, 2023

*VIA EMAIL AND CERTIFIED MAIL*
Dhaanwatie Bhagwandin - pavonfs@gmail.com
6234 Buena Vista Dr.
Margate, FL 33063

      Re: *Our Client: City National Bank of Florida ("CNB")*
         *Hire date: July 9, 2018*
         *Termination date: March 29, 2022*
         *Recognition Bonus - $11,900.00 (March 4, 2021)*
         *Amount Owed to CNB: $11,900.00*
         *Our File No.: 5663*

Dear Ms. Bhagwandin:

  On April 10, 2023, I sent you a letter advising that CNB was requesting the return of the refundable bonus money paid to you. I am enclosing a copy of the letter that was sent to you. According to our records, you should have received the letter but we have not received any response from you.

  CNB has instructed me to reach out to you one more time before a lawsuit is filed. In that regard, please contact me immediately so we can hopefully reach an amicable resolution of the matter.

         Sincerely yours,

         **Law Offices of Robert P. Frankel, P.A.**

         By__*/s/ Robert P. Frankel*_____
            ROBERT P. FRANKEL

RPF:alt